UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09
```

LAURE DALZON,

                        Plaintiff,

-v-

TARGET STORES OF MINNESOTA, *et al.*,

                        Defendants.

No. 09 Civ. 1869 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of: (1) Plaintiff's July 22, 2009 letter, which was submitted pursuant to the Court's July 14, 2009 Order to Show Cause, and (2) Defendants' July 22, 2009 response to Plaintiff's submission. The Court has reviewed the parties' correspondence and concludes that dismissal of this action pursuant to Rule 41(b) is unnecessary at this time. All deadlines in the Court's May 6, 2009 Case Management Plan and Scheduling Order remain intact, no extensions will be granted absent truly compelling circumstances, and future non-compliance with the Court's directives will result in sanctions and/or dismissal of this action without further notice.

SO ORDERED.

DATED:     July 23, 2009
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE